# Ex Parte Tapia.

Apelación procedente de la Corte de Distrito de San Juan.

No. 79.—Resuelto en mayo 12, 1904.

Dominio—Posesión—Título—Buena Fe—Prescripción.—La posesión quieta y pacífica, por más de seis años, con justo título, cual lo es el de compra-venta, y con buena fe, son los requisitos necesarios para adquirir por prescripción el dominio de los inmuebles.

Id.—Escrito Inicial.—Aunque en el escrito inicial de una información de dominio debe expresarse si el promovente carece o nó de título de dominio escrito, esto no obstante, admitido el escrito sin ese requisito, y sin objeción alguna del tribunal o del Fiscal no procede, después de corridos todos los trámites legales, denegar la aprobación de la información por la falta de dicho requisito, cuya subsanación ha debido decretar el tribunal oportunamente.

### EXPOSICIÓN DEL CASO.

En los autos seguidos en el Tribunal del Distrito de San Juan, a instancia de Don Leandro Tapia Santana, sobre declaratoria de dominio de una finca rústica, pendiente ante nos a virtud de recurso de apelación interpuesto por la representación del promovente contra la sentencia dictada por el referido tribunal de distrito, la que copiada á la letra dice así:

"Puerto Rico, junio 30 de 1903.

"*Resultando*: que Don Leandro Tapia Santana solicitó se declarase a su favor el dominio de una finca rústica radicada en el barrio de la Carolina, compuesta de cuarenta y una cuerdas con valor de quinientos dollars, expresando en el escrito de promoción que carece de título de dominio inscrito.

"*Considerando*: que sólo pueden ampararse en las prescripciones del Título XVI de la Ley Hipotecaria los propietarios que carezcan de título de dominio escrito, circunstancia que por lo menos hay que hacer constar en el escrito inicial del procedimiento, no bastando alegar la carencia de título inscrito.

"*Visto* el artículo 395 de la Ley Hipotecaria. No ha lugar a declararse el dominio interesado. Lo acordó y firma el tribunal. Cer-

tifico: Juan (*) Morera Martínez, Frank H. Richmond, José Tous Soto. Luis Méndez Vaz."

*Resultando:* que contra la expresada sentencia interpuso apelación la representación del promovente, la que fué admitida libremente y en ambos efectos y que elevados los autos a esta Superioridad con citación y emplazamiento de las partes y personada la apelante, se dió al recurso la tramitación correspondiente y se señaló día para la vista, a la que sólo asistió el Sr. Fiscal de este Tribunal Supremo que impugnó el recurso.

Abogado del recurrente: *Sr. Emigdio S. Ginorio.*

Abogado del Pueblo: *Sr. Emilio del Toro, Fiscal.*

El Juez Presidente, Sr. Quiñones, después de exponer los hechos anteriores, emitió la siguiente opinión del tribunal.

*Aceptando* los fundamentos de hecho de la sentencia apelada.

*Resultando* además que los testigos Don Mariano Hernández y Hernández y Don Cándido Suárez y Rodríguez, presentados por el promovente, declaran que es cierto y les consta que Don Leandro Tapia y Santana, desde hace más de seis años, es dueño y posee legítimamente la finca rústica de que se trata, habiéndola adquirido de las personas por el título y en la proporción que se expresan en el interrogatorio presentado por el promovente, no habiendo sido inquietado por nadie en el goce y disfrute de dicha finca rústica.

*Considerando:* que el testimonio de los dos testigos que han declarado en el presente informativo, constituye una prueba suficiente para dictar la declaratoria de dominio que solicita el promovente, Don Leandro Tapia y Santana, toda vez que unánimemente han declarado que ha venido en posesión quieta y pacífica de la finca rústica de que se trata por más de seis años, con justo título, cual lo es el de compraventa y con buena fe, que eran los requisitos necesarios para adquirir por la prescripción ordinaria el dominio de los bienes in-

muebles, (*) con arreglo a la Orden Judicial de 4 de abril de 1899, que es la aplicable al caso.

*Considerando*: que si bien en el escrito de promoción de este informativo no se expresó que el peticionario careciera de título de dominio escrito, como es necesario para que los propietarios que carezcan de título de aquella clase puedan justificar su dominio por medio de la información que establece el artículo 395 de la Ley Hipotecaria, habiendo sido admitido dicho escrito sin aquel requisito, no procede rechazarlo hoy de oficio, después de corridos todos los trámites del expediente, por un defecto de forma que el tribunal en todo caso pudo y debió corregir, rechazando de plano el escrito de promoción de este informativo:

*Vistas* las disposiciones legales citadas en la presente sentencia.

*Fallamos*: que debemos revocar y revocamos la sentencia apelada, declarando que a Don Leandro Tapia y Santana corresponde el dominio de la finca rústica reseñada en el escrito de promoción de este expediente, mandando en su consecuencia se le expida testimonio literal de esta sentencia y de las demás constancias de los autos que solicitare, para su inscripción en el registro de la propiedad.

Jueces concurrentes: Sres. Hernández, Figueras, Sulzbacher y MacLeary.